IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 31  PM 3: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

TROY L. VAUGHAN, JR.,

    Plaintiff,

VS.                                    NO. 03-2470-Ma

MEMPHIS HEALTH CENTER, INC.,

    Defendant.

## ORDER DENYING MOTIONS AS MOOT

Before the court are motions *in limine* filed on January 4, 2005 (D.E. No. 74), January 20, 2005 (D.E. Nos. 84 and 87), February 14, 2005 (D.E. Nos. 99, 100, and 101). This case was tried before a jury on August 29 and 30, 2005. All of the pending motions *in limine* were disposed of on the record. The motions are now moot and are, therefore, denied.

It is so ORDERED this 31st day of August, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-6-05

124

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 2:03-CV-02470 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Curtis D. Johnson
LAW OFFICE OF CURTIS JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Pamela Y. McFarland- Brown
LAW OFFICE OF PAMELA McFARLAND-BROWN
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT