FILED BY U[?] D.C.

05 SEP -1 PM 5:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

TROY L. VAUGHAN, JR.,

    Plaintiff,

v.                                                              Case No. 03-2470-Ma

MEMPHIS HEALTH CENTER, INC.,

    Defendant.

---

### ORDER ON JURY VERDICT

---

    This action came on for trial before the Court and a jury on August 29, 2005, the Honorable Samuel H. Mays, Jr., U.S. District Judge, presiding;

    The plaintiff was represented by counsel, Mr. David M. Rudolph. The defendant was represented by counsel, Ms. Florence M. Johnson, Ms. Pamela McFarland-Brown, and Mr. Curtis Johnson.

    On August 30, 2005, after due deliberation and consideration of the proof presented, the jury returned a verdict as follows:

    That the age of plaintiff Troy L. Vaughan, Jr. was a determinative factor in the decision of defendant Memphis Health Center, Inc. not to hire plaintiff for the position of Chief

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-7-05

126

Operations Officer. The jury determined that the amount of damages representing back pay sustained by plaintiff was $265,426.66. The jury did not award front pay to plaintiff.

That the decision of defendant Memphis Health Center, Inc. not to hire plaintiff for the Chief Operations Officer position because of plaintiff's age was willful.

That the age of plaintiff Troy L. Vaughan, Jr. was a determinative factor in the decision of defendant Memphis Health Center, Inc not hire plaintiff for the position of Human Resources Director. The jury did not award damages to plaintiff on this claim.

That the decision of defendant Memphis Health Center, Inc. not to hire plaintiff for the Human Resources Director position because of plaintiff's age was willful.

The jurors were polled individually and discharged.

ENTERED this ___1st___ day of September, 2005.

/s/ signature

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 126 in case 2:03-CV-02470 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Pamela Y. McFarland- Brown
LAW OFFICE OF PAMELA McFARLAND-BROWN
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Curtis D. Johnson
LAW OFFICE OF CURTIS JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

David M. Rudolph
MARTIN TATE MORROW & MARSTON
6410 Poplar Ave.
Ste. 1000
Memphis, TN 38119

Florence M. Johnson
LAW OFFICE OF FLORENCE JOHNSON
100 N. Main Building
Ste. 3001
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT